IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Lori Yankowitz,<br><br>        Plaintiff,<br><br>vs.<br><br>DR Horton, Inc.,<br><br>        Defendant. | C/A No. 3:13-cv-03589-JFA<br><br><br>**ORDER** |

For good cause shown, this court hereby grants the defendant's motion to compel, ECF No. 19, directing the plaintiff, Lori Yankowitz, to supplement, so as to complete, within 15 days of the date of this order, her responses to the defendant's First Set of Interrogatories No. 15 and First Requests for Production Nos. 9, 10, 11, and 12. The court takes under advisement the defendant's request to be reimbursed for costs incurred and directs the defendant to provide the court with an affidavit showing its itemized expenses to prepare the motion to compel.

    IT IS SO ORDERED.

April 8, 2014                                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge